

## MANDATE

# The Fifteenth Court of Appeals

NO. 15-24-00002-CV

| | |
|---|---|
| Leo Graves and Sheril Slade, Appellants<br><br>v.<br><br>Texas Education Agency, Carthage Independent School District, and Carthage Jr. High School, Appellees | Appealed from the 200th District Court of Travis County. (Tr. Ct. No. D-1-GN-23-003011). Opinion delivered by Justice Field. Chief Justice Brister and Justice Farris also participating. |

**TO THE 200TH DISTRICT COURT OF TRAVIS COUNTY, GREETINGS:**

Before our Court of Appeals on January 16, 2025, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

Today the Court heard Appellees' joint motion to dismiss for want of prosecution. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We order appellants, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas.

CHRISTOPHER A. PRINE, CLERK